1   Sid Leach (#019519)
    Joseph G. Adams (#018210)
2   SNELL & WILMER L.L.P.
    One Arizona Center
3   400 E. Van Buren
    Phoenix, AZ 85004-2202
4   Telephone: (602) 382-6000
    Facsimile: (602) 382-6070
5   Attorneys for Kool Smiles, P.C.

6

                    IN THE UNITED STATES DISTRICT COURT
7
                        FOR THE DISTRICT OF ARIZONA
8

9   GENERAL DENTISTRY FOR KIDS,
    LLC, an Arizona limited liability            No.
    company,
10
                                                 **NOTICE OF REMOVAL**
                        Plaintiff,
11                                               **Maricopa County Superior Court**
    v.                                           **Cause No. CV2007-013973**
12
    KOOL SMILES, P.C.,
13
                        Defendant.
14

15

16      **TO THE HONORABLE JUDGES OF THE ABOVE-ENTITLED COURT:**

17      **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446,

18   defendant Kool Smiles, P.C. ("Kool Smiles") hereby removes to this Court the state court

19   action described below:

20      1.    On August 9, 2007, plaintiff General Dentistry for Kids, LLC ("Plaintiff")

21   filed in the Superior Court of the State of Arizona for the County of Maricopa the above-

22   entitled action bearing the cause number CV2007-013973 against Kool Smiles.  A true

23   and correct copy of the Complaint is attached as Exhibit 1.

24      2.    Kool Smiles has not yet filed its Answer or responsive pleading to the

25   Complaint.

26      3.    This action is being removed to this Court based upon satisfaction of

27   diversity jurisdiction under 28 U.S.C. § 1332.

28      4.    This Notice of Removal is filed with this Court within thirty (30) days after

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1    Kool Smiles received the Complaint through service or otherwise.  Kool Smiles was

2    served with a summons and a copy of the complaint on August 13, 2007.  A copy of the

3    Affidavit of Service is attached as Exhibit 2.

4        5.      Pursuant to 28 U.S.C. § 1332(a), this action involves citizens of different

5    states and, therefore, complete diversity exists.  As alleged in the Complaint, Plaintiff is

6    an Arizona limited liability company.  Under governing Ninth Circuit law, "an LLC is a

7    citizen of every state of which its owners/members are citizens." *Johnson v. Columbia*

8    *Properties Anchorage, L.P.*, 437 F.3d 894, 899 (9th Cir. 2006).  Plaintiff's members are

9    comprised entirely of Arizona corporations located in Arizona or Arizona LLCs with

10   Arizona citizens as members.[1]  As a result, Plaintiff is a citizen of Arizona.  Kool Smiles

11   is a Georgia professional corporation with its principal place of business in Atlanta,

12   Georgia.  As a result, Kool Smiles is a citizen of Georgia. *See Kuntz v. Lamar*, 385 F.3d

13   1177, 1182-83 (9th Cir. 2004) (an "unconventional corporation" such as a professional

14   corporation is treated as a corporation for purposes of diversity jurisdiction).

15       6.      The amount in controversy in this action, exclusive of interest and costs,

16   exceeds $75,000, pursuant to 28 U.S.C. § 1332(a).

17       7.      The District Court of the United States for the District of Arizona has

18   original jurisdiction over this case pursuant to 28 U.S.C. § 1332 because (1) the

19   citizenship of Plaintiff is wholly diverse from the citizenship of Kool Smiles; and (2)  the

20   amount in controversy, exclusive of interest and costs, exceeds $75,000.  Removal of this

21   action to this Court is proper pursuant to 28 U.S.C. § 1441.

22       8.      Kool Smiles has filed a Notice of Removed Action in the Superior Court of

23   the State of Arizona for the County of Maricopa.  A true and correct copy of this Notice is

24   attached as Exhibit 3.

[1]      The members of Plaintiff are the following: (1) Galaxy Dentistry for Children PLC, an Arizona professional LLC with a single member who is an Arizona citizen residing in Gilbert, Arizona; (2) Roberts Dental Contracting, P.C., an Arizona professional corporation located in Scottsdale, Arizona; (3) J. Scott & Company Consulting, Inc., an Arizona corporation located in Phoenix, Arizona; and (4) Lincoln I. Pace, DDS, P.C., an Arizona professional corporation located in Scottsdale, Arizona.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1    WHEREFORE, Kool Smiles respectfully requests that this Court assume full

2 jurisdiction over the action as provided by law.

3    DATED this 10th day of September, 2007.

4                            SNELL & WILMER L.L.P.

5

6                    By: s/Joseph G. Adams
                         Sid Leach
7                        Joseph G. Adams
                         One Arizona Center
8                        400 E. Van Buren
                         Phoenix, AZ  85004-2202
9                        Attorneys for Kool Smiles, P.C.

10

11

12  ORIGINAL of the foregoing E-FILED
    this 10th day of September, 2007.

13
    COPY of the foregoing MAILED
14  this same day to:

15  David G. Bray
    Andrew L. Pringle
16  Mariscal, Weeks, McIntyre
       & Friedlander, P.A.
17  2901 N. Central Ave.
    Suite 200
18  Phoenix, AZ  85012-2705
    Attorneys for Plaintiff

19

20  s/Amberlyn S. Murray
    2043509

21

22

23

24

25

26

27

28

- 3 -

# EXHIBIT 1

David G. Bray (#014346)
Andrew L. Pringle (#004674)
**MARISCAL, WEEKS, McINTYRE**
**& FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

Attorneys for Plaintiff

MICHAEL K. JEANES
Clerk of the Superior Court

By TERRENCE SWAN, Deputy
Date 08/09/2007 Time 01:48 PM
Description      Qty      Amount
-------- CASE# CV2007-013973 --------
CIVIL NEW COMPLAINT  001      245.00

TOTAL AMOUNT                  245.00
     Receipt# 00009139893

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

|  |  |
|---|---|
| GENERAL DENTISTRY FOR KIDS, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KOOL SMILES, P.C.,<br><br>Defendant. | No. CV2007-013973<br><br>**VERIFIED COMPLAINT**<br><br>(Arizona State Law Trademark Infringement, A.R.S. § 44-1451; Arizona State Law Unfair Competition) |

For its Complaint against defendant Kool Smiles, P.C., plaintiff General Dentistry For Kids, LLC, by and through its undersigned counsel, Mariscal, Weeks, McIntyre & Friedlander, P.A., hereby alleges and states as follows:

**I.**

**PARTIES, JURISDICTION AND VENUE**

1.    Plaintiff General Dentistry For Kids, LLC ("Plaintiff") is an Arizona limited liability company with its principal place of business at 2102 N. Country Club Rd., Suite A, Tucson, Arizona.

2.    Upon information and belief, Kool Smiles, P.C. ("Defendant") is a foreign professional corporation doing business in Maricopa County, Arizona.

3.    Defendant has caused events to occur in Maricopa County, Arizona, upon which the claims asserted in this action are based.

-1-

4.   Jurisdiction and venue are proper in Maricopa County.

## II.

## ALLEGATIONS COMMON TO ALL CLAIMS

5.   Since approximately January of 2001, Plaintiff has engaged in the business of providing pediatric dental services to Arizona's children under the trade names and service marks "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS." Plaintiff has numerous offices throughout Maricopa County and Pima County, Arizona, and is one of the largest providers of pediatric dental services in the State of Arizona.

6.   Plaintiff has invested substantial effort over the past six plus years, including sales, advertising, and marketing expenditures, to develop the goodwill associated with the "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS" names and marks for pediatric dental services.

7.   The trade names and service marks "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS" have come to mean and signify Plaintiff throughout Arizona.  As a result of the development, promotion and widespread use of its mark throughout the Arizona market, Plaintiff has developed a reputation of excellence and quality associated with the "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS" marks.

8.   Plaintiff's "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS" marks have acquired distinctiveness among consumers and has accrued consumer goodwill and secondary meaning so that consumers associate these names with Plaintiff and the high quality pediatric dental services it provides to Arizona's children.

9.   Seeking to trade off of Plaintiff's success and reputation of excellence, and to capitalize on the efforts and goodwill of Plaintiff, Defendant has recently opened new offices in Phoenix, Arizona, Tucson and Yuma from which it provides competing pediatric dental services under the name "KOOL SMILES GENERAL DENTISTRY FOR KIDS."

-2-

10. Defendant's use of the name and mark "GENERAL DENTISTRY FOR KIDS" is confusingly similar to Plaintiff's names and marks "GENERAL DENTISTRY FOR KIDS," and "GENERAL DENTISTRY 4 KIDS" which have become associated with the premier quality of Plaintiff's pediatric dental services. There is a likelihood of confusion between Defendant's "KOOL SMILES GENERAL DENTISTRY FOR KIDS" mark and Plaintiff's "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS" marks.

11. Defendant's unauthorized use of the name "GENERAL DENTISTRY FOR KIDS" in connection with pediatric dental services in Arizona will create a likelihood of confusion, mistake and deception among consumers as to source, affiliation, sponsorship or licensing.

12. Plaintiff has no control over the quality of the goods or services to be offered by Defendant under the name "GENERAL DENTISTRY FOR KIDS." By using this name, Defendant not only creates a likelihood of confusion as to source and affiliation, but trades upon the recognized excellence and goodwill that Plaintiff has earned with respect to its "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS" marks through many years of work and dedication to its business. Through its use of the infringing name, Defendant has damaged and will continue to damage Plaintiff.

13. Plaintiff's counsel sent a cease and desist letter to Defendant demanding that it not go forward with its planned infringing use of the "GENERAL DENTISTRY FOR KIDS" name and mark in Arizona. Defendant has heretofore refused to comply with Plaintiff's demand in disregard of Plaintiff's rights.

14. Plaintiff lacks an adequate remedy at law.

15. Unless an injunction is issued enjoining any continuing or future infringing use of Plaintiff's marks by Defendant, such use is likely to continue to cause confusion, mistake, or to deceive as to source, origin, affiliation, or sponsorship, thereby irreparably damaging Plaintiff.

-3-

16.     Plaintiff is informed and believes, and thereon alleges that Defendant's conduct alleged herein was intentional and in conscious disregard of Plaintiff's rights.

### III.

### CLAIMS FOR RELIEF

#### First Claim for Relief

**(State Trademark Infringement, Arizona Revised Statute § 44-1451)**

17.     Plaintiff incorporates and realleges herein by this reference paragraph 1 through 16 inclusive, as though fully set forth herein.

18.     Plaintiff is the owner of Arizona trademark Registration Nos. 51062, 51066, 51067 for "GENERAL DENTISTRY FOR KIDS" and Arizona trademark Registration Nos. 51063, 51064, 51065 for "GENERAL DENTISTRY 4 KIDS".

19.     As described herein, Defendant has unlawfully infringed Plaintiff's "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS" marks for the purpose of enhancing the commercial value of, and selling and soliciting the purchase of, its competing pediatric dental services.  Plaintiff has never given Defendant permission to so infringe its marks.  Defendant's acts, as described above, constitute infringement pursuant to Arizona Revised Statutes § 44-1451(A) and under common law.

20.     Plaintiff has been damaged and will continue to be damaged by Defendant's infringement, as described above.  Pursuant to Arizona Revised Statutes § 44-1451(B)(1), Plaintiff is entitled to an order enjoining Defendant from use of the terms "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS" and enjoining Defendant from otherwise infringing Plaintiff's registered marks.  Plaintiff is further entitled to an order requiring Defendant to destroy or deliver to Plaintiff for destruction any materials containing reproductions, copies, counterfeits, or colorable imitations of Plaintiff's trademarks; and pursuant to Arizona Revised Statutes § 44-1451(B)(2)(c), Plaintiff is entitled to an order awarding all costs of this action.

-4-

## Second Claim for Relief

### (Arizona State Law Unfair Competition)

21.     Plaintiff incorporates and realleges herein by this reference paragraphs 1 through 20, inclusive, as though set forth in full herein.

22.     Defendant's acts, as described above, has or will confuse the public as to the source of Defendant's pediatric dental services and lead consumers to believe that such are affiliated with, sponsored or licensed by Plaintiff.

23.     Defendant's use of the name "GENERAL DENTISTRY FOR KIDS" improperly trades off Plaintiff's "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS" names and marks.

24.     As described herein, Defendant's use of "GENERAL DENTISTRY FOR KIDS" for its competing pediatric dental  services misappropriates Plaintiff's goodwill and constitutes unfair competition under Arizona law.

25.     Plaintiff is entitled to an injunction prohibiting Defendant from continuing the practices described above.

## IV.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

A.     For preliminary and final injunctive relief against Defendant, its agents, representatives, employees, partners, partnerships and all related entities, and those acting in concert with them, to prevent and restrain Defendant from using within the State of Arizona any trademark, trade name, or service mark that is likely to cause confusion, mistake, or deception as to the respective sources of Plaintiff's and Defendant's services, including but not limited to the names and marks "GENERAL DENTISTRY FOR KIDS" and "GENERAL DENTISTRY 4 KIDS";

B.     For an award of the costs of this action incurred by Plaintiff as a result of Defendant's infringement of Plaintiff's marks; and

C.     For Plaintiff's costs of suit and attorneys' fees incurred herein; and

D.     For such other relief as the Court deems just and proper.

DATED this ___ day of August, 2007.

MARISCAL, WEEKS, McINTYRE
& FRIEDLANDER, P.A.

By: _____
David G. Bray
Andrew L. Pringle
2901 North Central Avenue, Ste. 200
Phoenix, Arizona 85012-2705
Attorneys for Plaintiff

U:\ATTORNEYS\Dgb\Roberts, Brad\Kool Smiles\Pleadings\Complaint v Kool Smiles 2.doc

-6-

## VERIFICATION

1   BRAD ROBERTS hereby declares under penalty of perjury:

2   That he is the Managing Member of General Dentistry For Kids, LLC and he is

3   authorized to make this verification on behalf of plaintiff; that he has read the foregoing

4   Verified Complaint; and that the information contained therein is true and correct based upon

5   his own knowledge; except as to those allegations therein made upon information and belief,

6   and as to allegations, he believes them to be true.

7   Executed within the State of Arizona this __6th__ day of August, 2007.

8

9

10                                              BRAD ROBERTS

11

12

13   U:\ATTORNEYS\Dgb\Roberts, Brad\Kool Smiles\Pleadings\Complaint v Kool Smiles.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

# EXHIBIT 2

MICHAEL K. JEANES, CLERK
RECEIVED CCC #8
DOCUMENT DEPOSITORY

2007 AUG 24  PM 12: 59

HAWKINS and E-Z MESSENGER
10 W. MADISON STREET
PHOENIX, ARIZONA  85003
(602)258-8081 FAX: (602)258-8864

**FILED**

BY L. Cummings, DEP.

IN THE SUPERIOR COURT
STATE OF ARIZONA

*General Dentistry for Kids*

CASE NO. *CV 2007-013973*

VS.

*Kool Smiles
P.C.*

JUDGE _____

AFFIDAVIT OF
SERVICE

SEE ATTACHED

IN THE ARIZONA SUPERIOR COURT , STATE OF ARIZONA , COUNTY OF MARICOPA

CASE NO.   CV 2007-013973

GENERAL DENTISTRY FOR KIDS
              vs
KOOL SMILES, P.C.

AFFIDAVIT OF SERVICE

STATE OF ~~GEORGIA~~
COUNTY OF ~~FULTON~~
The undersigned being sworn, states: on the 13th day of August ,2007
I received:
SUMMONS; VERIFIED COMPLAINT; VERIFICATION; CERTIFICATE REGARDING COMPULSORY ARBI
TRATION

from Hawkins and E-Z Messenger Legal-Support Providers, LLC
for MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER        Attorney(s) and in each
instance I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereinafter set
forth, to wit:
DEFENDANT(S) SERVED
KOOL SMILES, INC., BY SERVICE UPON ITS STATUTORY AGENT, C.T. CORPORATION SYSTEM

ADDRESS WHERE SERVED: 1201 Peachtree St

     CITY/STATE/ZIP: Atlanta GA 30361

     DATE SERVED: 8/13 07   TIME SERVED: 1 : 59   AM (PM)
MANNER OF SERVICE
Indicate Defendant(s) served by placing an "X" in the proper box
(  ) PERSONALLY, by serving the above named individual(s)
(  ) by leaving copies at the dwelling house, or usual place of abode,
     by delivering to and leaving a true and correct copy thereof
     with a person of suitable age and descretion, residing therein
     to wit: _____
(  ) by service upon: _____
(  ) by service upon its STATUTORY AGENT: _____
(X) by service upon a CORPORATE OFFICER, NAME: Lynn MacDonald
                                     TITLE: Authorized agent for Reg. Agent

I certify that "MILITARY STATUS" was checked and the
defendant(s) ____ ARE ____ ARE NOT in the "ACTIVE MILITARY."
     If so, what branch: _____

SUBSCRIBED AND SWORN TO BEFORE ME                    _____
____ day of _____ ,2007                            Affiant
MY COMMISSION EXPIRES: _____                       _____
                                                     Notary Public

1199964 3553

David G. Bray (#014346)
Andrew L. Pringle (#004674)
**MARISCAL, WEEKS, McINTYRE**
**& FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

Attorneys for Plaintiff

$\boxed{\textbf{ORIGINAL}}$

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

GENERAL DENTISTRY FOR KIDS,
LLC, an Arizona limited liability
company,

           Plaintiff,

v.

KOOL SMILES, P.C.,

           Defendant.

No. CV2007-013973

**SUMMONS**

**IF YOU WANT THE ADVICE OF A
LAWYER, YOU MAY WISH TO CONTACT
THE LAWYER REFERRAL SERVICE AT
602-257-4434 OR ON-LINE AT
WWW.LAWYERFINDERS.ORG. LRS IS
SPONSORED BY THE MARICOPA
COUNTY BAR ASSOCIATION**

**THE STATE OF ARIZONA TO:**    **KOOL SMILES, INC.**
                                      **C/O Stat Agent**
                                      **CT Corporation System**
                                      **1201 Peachtree Street, NE**
                                      **Atlanta GA 30361**

    **YOU ARE HEREBY SUMMONDED** and required to appear and defend, within the time applicable, in this action in this Court.  If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service.  If served out of the State of Arizona —— whether by direct service, by registered or certified mail, or by publication —— you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service.  Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to

-1-

appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered mail or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete after 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. **R.C.P. 4.1 and 4.2; A.R.S. §§ 20-222, 28-502, 28-503.**

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response, upon the Plaintiff's attorney. **R.C.P. 10(d); A.R.S. § 12-311L R.C.P. 5.**

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiff's attorney is:

David G. Bray
Andrew L. Pringle
MARISCAL, WEEKS, McINTYRE & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012

**SIGNED AND SEALED this date:** AUG 0 9 2007

Clerk of the Superior Court   MICHAEL K. JEANES, CLERK

U:\ATTORNEYS\Dgb\Roberts, Brad\Kool Smiles\Pleadings\Summons Kool Smiles Inc. 080707.doc

-2-

# EXHIBIT 3

1  Sid Leach (#019519)
2  Joseph G. Adams (#018210)
   SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren
   Phoenix, AZ  85004-2202
4  Telephone: (602) 382-6000
   Facsimile: (602) 382-6070
5  Attorneys for Kool Smiles, P.C.

6

           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
7
                IN AND FOR THE COUNTY OF MARICOPA
8

9  GENERAL DENTISTRY FOR KIDS,
   LLC, an Arizona limited liability          No. CV2007-013973
10 company,
                                              **NOTICE OF REMOVED ACTION**
11                     Plaintiff,
                                              (Assigned to Hon. Carey Hyatt)
12 v.

13 KOOL SMILES, P.C.,

14                     Defendant.

15 **TO:   CLERK OF THE SUPERIOR COURT AND ALL PARTIES AND THEIR
16         ATTORNEYS OF RECORD:**

17         PLEASE TAKE NOTICE that on the 10th day of September, 2007, defendant Kool

18 Smiles, P.C. filed in the United States District Court for the District of Arizona its Notice

19 of Removal of this action to that Court.  Full and true copies of the Notice of Removal,

20 including all exhibits, are being filed with the Clerk of the Court and served on counsel

21 for plaintiff.

22         DATED this 10th day of September, 2007.

23                            SNELL & WILMER L.L.P.

24

25                     By:
                            Sid Leach
26                          Joseph G. Adams
                            One Arizona Center
27                          400 E. Van Buren
                            Phoenix, AZ  85004-2202
28                          Attorneys for Kool Smiles, P.C.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1    ORIGINAL filed with the Clerk of
     the Court this 10th day of
2    September, 2007.

3    COPY of the foregoing hand-
     delivered this same day to:
4
     The Hon. Carey Hyatt
5    Maricopa County Superior Court
     East Court Building, Room 514
6    101 W. Jefferson
     Phoenix, Arizona 85003
7
     COPY of the foregoing mailed
8    this same day to:

9    David G. Bray
     Andrew L. Pringle
10   Mariscal, Weeks, McIntyre & Friedlander, P.A.
     2901 N. Central Ave.
11   Suite 200
     Phoenix, AZ  85012-2705
12   Attorneys for Plaintiff

13

14   _____
     2044441
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -